UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

               Case No. 1:15-cr-148-01

v.

               HONORABLE PAUL L. MALONEY

LETORRES GEORGE JACKSON,

    Defendant.
_____/

## **MEMORANDUM OPINION AND ORDER**

    Defendant Letorres George Jacksonhas filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to drug quantity.

    Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to drug quantity, and U.S.S.G. § 2D2.1(b). These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10(c).

    The Court determines the defendant is not eligible for a sentence modification. Defendant was sentenced on March 7, 2016, after modifications to the Sentencing Guidelines pursuant to Amendment 782 became effective. At sentencing, the defendant was held accountable for 2.8 Kilograms of Cocaine Base, which resulted in a base offense level of 34.

This reflects the defendant's guideline range was calculated using the Guidelines as amended.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 47) is **DENIED**.


Date:  August 22, 2017                                    /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge